| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Grimberg, Steven D. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Georgia | 3. Date of Report<br><br>05/14/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>1767 United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309 | | |
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | American Inns of Court |
| 2. | Team Leader | Emory University School of Law, Kessler Eidson Trial Techniques Program |
| 3. | Member, Executive Committee | Clarence Cooper (formerly Lamar) Inn of Court |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimberg, Steven D.** | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Emory University School of Law - wages | $3,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Booz Allen Hamilton, Inc. - wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimberg, Steven D.** | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First Citizens Bank | Co-signer on line of credit secured by real property (not primary residence) | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimberg, Steven D.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Citizen Bank cash accounts | A | Interest | L | T | | | | | |
| 2. 401K #1 (H) | | | | | | | | | |
| 3. Voya Target Solution 2060 | A | Int./Div. | | | Closed | 02/04/20 | L | A | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. Fidelity Government Cash Reserves | A | Dividend | | | Merged (with line 36) | 01/07/20 | J | | |
| 6. Baird Aggregate Bond Fund Instl | A | Dividend | | | Sold | 02/07/20 | J | A | |
| 7. Credit Suisse Commd Rtrn Strtgy Instl Sh | | None | | | Sold | 02/07/20 | J | | |
| 8. Janus Henderson Flexible Bond I | A | Dividend | | | Sold | 02/07/20 | J | A | |
| 9. John Hancock Disciplined Value I | A | Dividend | K | T | | | | | |
| 10. Longleaf Partners | | None | | | Sold | 02/07/20 | J | | |
| 11. Amg Managers Montag & Caldwell Growth I | | None | | | Sold | 02/07/20 | J | | |
| 12. Northern Small Cap Value | | None | | | Sold | 02/07/20 | J | | |
| 13. Oakmark Intl Advisor Fund | | None | | | Sold | 02/07/20 | J | | |
| 14. Primecap Odyssey Growth Fund | | None | | | Sold | 02/07/20 | J | | |
| 15. T Rowe Price Emerg Markets Stock Fund I | | None | | | Sold | 02/07/20 | J | | |
| 16. Pimpco Total Return Instl | A | Dividend | | | Sold | 02/07/20 | J | A | |
| 17. WCM Focused Intl Growth Fund Instl | | None | | | Sold | 02/07/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimberg, Steven D.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Madison Small Cap Fund Cl Y | | None | | | Sold | 02/07/20 | J | | |
| 19. AQR Managed Futures Strategy Fund Class I N/L | A | Dividend | J | T | | | | | |
| 20. Baillie Gifford Emerging Markets Equities Inst CL N/L | A | Dividend | J | T | | | | | |
| 21. Brown Advisory Growth Equity Fund Institutional Shares N/L | A | Dividend | K | T | | | | | |
| 22. Causeway International Value Fund Institutional Class N/L | A | Dividend | J | T | | | | | |
| 23. Columbia Contrarian Core Fund Inst CL N/L | B | Dividend | K | T | | | | | |
| 24. Columbia Dividend Income Fund Inst CL N/L | A | Dividend | K | T | | | | | |
| 25. EuroPacific Growth Fund Class F2 - American Funds N/L | | None | | | Sold | 06/09/20 | J | | |
| 26. Fuller & Thaler Behavioral Small Cap EQ FD INST CLS N/L | A | Dividend | J | T | | | | | |
| 27. Hartford Midcap Fund Class I N/L | B | Dividend | J | T | | | | | |
| 28. MFS International Growth Fund Class I N/L | A | Dividend | J | T | | | | | |
| 29. MFS Research Fund Class I N/L | A | Dividend | K | T | | | | | |
| 30. SEI U.S. Managed Volatility Fund Class Y N/L | A | Dividend | J | T | | | | | |
| 31. T. Rowe Price U.S. Equity Research FD Inv CLS N/L | A | Dividend | J | T | | | | | |
| 32. Victory Integrity Small Cap Value Fund Class Y N/L | | None | | | Sold | 06/09/20 | J | | |
| 33. Victory Trivalent Intl Small-Cap Fund Class Y N/L | A | Dividend | J | T | | | | | |
| 34. Wasatch Core Growth Fund Inst Class N/L | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimberg, Steven D.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Wells Fargo Special Mid Cap Value FD Class I N/L | A | Dividend | J | T | | | | | |
| 36. Cash | A | Interest | J | T | | | | | |
| 37. 401K #2 (H) | | | | | | | | | |
| 38. Voya: Bond Fund | A | Interest | J | T | | | | | |
| 39. Voya: State Street S&P 500 Index Fund | A | Dividend | L | T | | | | | |
| 40. Voya: US Structured Research Strat | A | Dividend | K | T | | | | | |
| 41. Russell Large Cap Value Index | A | Dividend | K | T | | | | | |
| 42. Russell Large Cap Growth Index | A | Dividend | L | T | | | | | |
| 43. Russell Small Cap Index | A | Dividend | L | T | | | | | |
| 44. Voya: Euro Pacific Growth Fund | A | Dividend | K | T | | | | | |
| 45. Voya EAFE Stock Index | A | Dividend | J | T | | | | | |
| 46. IRA #2 (H) | | | | | | | | | |
| 47. Fidelity Government Cash Reserves | A | Dividend | | | Merged<br>(with line 78) | 01/17/20 | J | | |
| 48. Baird Aggregate Bond Fund Instl | A | Dividend | | | Sold | 02/06/20 | J | A | |
| 49. Credit Suisse Commd Rtrn Strtgy Instl Sh | | None | | | Sold | 02/06/20 | J | | |
| 50. Harbor Cap App Inst | | None | | | Sold | 02/06/20 | J | A | |
| 51. Janus Henderson Flexible Bond I | A | Dividend | | | Sold | 02/06/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimberg, Steven D.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | John Hancock Disciplined Value I | A | Dividend | J | T | | | | | |
| 53. | Longleaf Partners | | None | | | Sold | 02/06/20 | J | | |
| 54. | Northern Small Cap Value | | None | | | Sold | 02/06/20 | J | | |
| 55. | Oakmark Intl Advisor Fund | | None | | | Sold | 02/06/20 | J | | |
| 56. | Primecap Odyssey Growth Fund | | None | | | Sold | 02/06/20 | J | | |
| 57. | T Rowe Price Emerg Markets Stock Fund I | | None | | | Sold | 02/06/20 | J | | |
| 58. | Pimpco Total Return Instl | A | Dividend | | | Sold | 02/06/20 | J | A | |
| 59. | WCM Focused Intl Growth Fund Instl | | None | | | Sold | 02/06/20 | J | | |
| 60. | Madison Small Cap Fund CL Y | | None | | | Sold | 02/06/20 | J | | |
| 61. | AQR Managed Futures Strategy Fund Class I N/L | A | Dividend | J | T | | | | | |
| 62. | Baillie Gifford Emerging Markets Equities Inst CL N/L | A | Dividend | J | T | | | | | |
| 63. | Brown Advisory Growth Equity Fund Institutional Shares N/L | A | Dividend | J | T | | | | | |
| 64. | Causeway International Value Fund Institutional Class N/L | A | Dividend | J | T | | | | | |
| 65. | Columbia Contrarian Core Fund Inst CL N/L | A | Dividend | J | T | | | | | |
| 66. | Columbia Dividend Income Fund Inst CL N/L | A | Dividend | J | T | | | | | |
| 67. | EuroPacific Growth Fund Class F2 - American Funds N/L | | None | | | Sold | 06/09/20 | J | | |
| 68. | Fuller & Thaler Behavioral Small Cap EQ FD Inst CLS N/L | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimberg, Steven D.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Hartford Midcap Fund Class I N/L | A | Dividend | J | T | | | | | |
| 70. | MFS International Growth Fund Class I N/L | A | Dividend | J | T | | | | | |
| 71. | MFS Research Fund Class I N/L | A | Dividend | J | T | | | | | |
| 72. | SEI U.S. Managed Volatility Fund Class Y N/L | A | Dividend | J | T | | | | | |
| 73. | T. Rowe Price U.S. Equity Research FD Inv CLS N/L | A | Dividend | J | T | | | | | |
| 74. | Victory Integrity Small Cap Value Fund Class Y N/L | | None | | | Sold | 06/09/20 | J | | |
| 75. | Victory Trivalent Intl Small-Cap Fund Class Y N/L | A | Dividend | J | T | | | | | |
| 76. | Wasatch Core Growth Fund Inst Class N/L | A | Dividend | J | T | | | | | |
| 77. | Wells Fargo Special Mid Cap Value FD Class I N/L | A | Dividend | J | T | | | | | |
| 78. | Cash | A | Interest | J | T | | | | | |
| 79. | IRA/SEP (H) | | | | | | | | | |
| 80. | American Funds: American High-Income Trust Fund | A | Dividend | | | Sold | 02/06/20 | J | A | |
| 81. | American Funds: EuroPacfic Growth Fund | | None | | | Sold | 02/07/20 | J | | |
| 82. | American Funds: The Growth Fund of America | | None | | | Sold | 02/06/20 | J | A | |
| 83. | American Funds: Smallcap World Fund | | None | | | Sold | 02/06/20 | J | A | |
| 84. | Georgia Path2College 529 Plan #1: Aggressive Managed Alloc Option 9-10 | | None | | | Merged<br>(with line 86) | 05/08/20 | K | | |
| 85. | Georgia Path2College 529 #2: Aggressive Managed Alloc Option 5-8 | | None | | | Merged<br>(with line 87) | 05/08/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimberg, Steven D.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Georgia Path2College 529 Plan #1:<br>2026/2027 Aggressive Enrollment Port | | None | K | T | | | | | |
| 87.  Georgia Path2College 529 Plan #2:<br>2030/2031 Aggressive Enrollment Port | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grimberg, Steven D.** | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steven D. Grimberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544